UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN GOLDMAN,

                Plaintiff,

      -against-

MAJOR LEAGUE BASEBALL

PROPERTIES, INC., MAJOR LEAGE

BASEBALL ADVANCED MEDIA, L.P.,

                Defendants.

26-cv-0953 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 6, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    April 9, 2026
          New York, New York

                        /s/ Laura Taylor Swain
                          LAURA TAYLOR SWAIN
               Chief United States District Judge